452 A.2d 1097

Commonwealth v. Beck, Appellant.

Petition for Allowance of Appeal Denied April 5, 1983.

Submitted September 21, 1982. Jeffery M. Cook, Assistant

622

Public Defender, for appellant; William A. Behe, Deputy District Attorney, for Commonwealth, appellee.

Before WIEAND, CIRILLO and POPOVICH, JJ.

Judgment of sentence affirmed.